UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

BRYAN POLEE,

        Defendant.

No. CR09-35RSL

ORDER GRANTING MOTION TO SEAL

      This matter comes before the Court on defendant's motion to seal (Dkt. #24). Defendant's motion is GRANTED.

      DATED this 11th day of February, 2010.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL- 1